| | | |
|---|---|---|
| Clinton Portis<br>3510 NE 156th Ave.<br>Gainesville, FL 32609 | Craig S. Newman<br>Durham Jones & Pinegar Law<br>300 S. 4th Street<br>Las Vegas, NV 89101 | Richard W. Whittaker<br>Attorneys at Law<br>P.O. Box 311166<br>300 E. Lee Street<br>Enterprise, AL 36331-1166 |
| Steven H. Silton<br>Cozen O'Connor<br>33 S. 6th Street<br>Suite 4640<br>Minneapolis, MN 55402 | DirecTV<br>P.O. Box 11732<br>Newark, NJ 07101-4732 | Rosenthal Rosenthal Rasco Kaplan<br>20900 NE 30th Avenue<br>Suite 600<br>Aventura, FL 33180 |
| AT&T<br>P.O. Box 105503<br>Atlanta, GA 30348-5503 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Sean Jason Gelb<br>P.O. Box 4606<br>Hallandale, FL 33008 |
| Audi Financial Services<br>P.O. Box 5215<br>Carol Stream, IL 60197-5215 | Internal Revenue Service<br>5045 E. Butler Avenue<br>Fresno, CA 93888 | Trinity Bank<br>306 S. Main St.<br>Enterprise, AL 36330 |
| Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Kathryn Jones<br>7934 West Drive<br>Unit #703<br>Miami Beach, FL 33141 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 | Marina District Development Company<br>Borgata Hotel Casino & Spa<br>1 Borgata Way<br>Atlantic City, NJ 08401 | Windstream<br>Attn: Support Services<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 |
| BMW Financial Services<br>P.O. Box 3608<br>Dublin, OH 43016 | MGM Grand Hotel, LLC<br>MGM Grand Casino<br>3799 S. Las Vegas Blvd.<br>Las Vegas, NV 89109 | |
| Clay Electric Cooperative, Inc.<br>Gainesville District<br>11530 NW 39th Avenue<br>Gainesville, FL 32606-4905 | Michael W. Simon<br>Simon & Sigalos, LLP<br>3839 NW Boca Raton Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | |
| Comcast<br>1306 NW 7th Avenue<br>Miami, FL 33136-2330 | Residential Credit Solutions, Inc.<br>4282 North Freeway<br>Fort Worth, TX 76137 | |