IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | | |
|---|---|---|---|
| IN RE: | Clinton E. Portis | § | Case Number: 15-10274--11 |
| | | § | |
| | Debtor. | § | Chapter: 11 |

**APPLICATION TO EMPLOY COZEN O'CONNOR AS ATTORNEYS FOR DEBTOR**

Clinton E. Portis ("Debtor") submits this Application to Employ Cozen O'Connor as Attorneys for the Debtor pursuant to 11 U.S.C. § 327(a) and Fed. R. Bank. P. 2014 and 2016, and in support thereof, states:

1. On November 5, 2015, Debtor filed a petition for relief under Chapter 11 of Title 11, United States Code.

2. Debtor is an individual.

3. Debtor, as debtor-in possession, wishes to employ Cozen O'Connor as attorneys under a general retainer (see agreement attached hereto as Exhibit "A") to give Debtor legal advice with respect to his powers and duties as debtor-in-possession.

4. Debtor has selected Cozen O'Connor for the reason that it has knowledge of Debtor's finances and property, it has experience representing debtors in chapter 11 cases and is qualified to represent Debtor, as debtor-in-possession, in these proceedings; and Debtor will require the services of experienced attorneys in order to bring his Chapter 11 petition to successful completion.

5. To the best of Debtor's knowledge, Cozen O'Connor has no connection with Debtor, the creditors, or any other party in interest, or its respective attorneys, other than representing Debtor in matters related to this bankruptcy case.

6. No party in interest has requested the appointment of a Trustee, thus no notice of this application need be given and no hearing thereon need be held because of the presumption accorded the debtor-in-possession pursuant to 11 U.S.C. § 1107(b).

WHEREFORE, Debtor, Clinton E. Portis, prays that the Court approve this application to employ Cozen O'Connor, under general retainer, to represent Debtor, and for all other relief the Court deems appropriate.

Dated: November 18, 2015

_____
Clinton E. Portis

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of Debtor's Application to Employ Attorney has been furnished to the Office of the U.S. Trustee by the Court's CM/ECF notice of electronic filing to USTPRegion21.TL.ECF@usdoj.gov on November 18, 2015.

**COZEN O'CONNOR**

/s/ Steven H. Silton
Steven H. Silton, Esq.
Florida Bar # 0782521
33 South 6th Street, Suite 4640
Minneapolis, MN 55402
Telephone: 612-260-9011