**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLINTON PORTIS | ) | Case No. 15-10274 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION FOR ORDER GRANTING DEBTOR AN EXTENSION OF TIME TO FILE SCHEDULES**

Clinton Portis ("Portis" or "Debtor"), as debtor, moves this Court for entry of an order, pursuant to o § 521 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2002-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Florida (the "Local Rules"), extending the time within which the Debtor must file its schedules and statements of financial affairs (collectively, the "Schedules"). In support of this Motion, the Debtor respectfully states as follows:

**JURISDICTION AND VENUE**

1. On November 5, 2015, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to administer this case as a debtor in possession pursuant to 11 U.S.C. § 1107.

2. The Debtor's current deadline to file its Schedules is November 19, 2015.

3. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtor's Chapter 11 case and this motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The

statutory predicate for the relief sought in this motion is Bankruptcy Code § 521(a) of the Bankruptcy Code, as complemented by Rule 1007(c) of the Bankruptcy Rules.

## BACKGROUND

4.       The Debtor has been working diligently to compile the information required for the Schedules. The Debtor's financial background is complicated, and the financial advisors in which the Debtor placed his trust have proved unhelpful. The Debtor requires additional time to compile the information necessary to completion of the Schedules.

## RELIEF REQUESTED

5.       Pursuant to Bankruptcy Rule 1007(b) and (c) and Local Rule 2002-2, unless the relief sought in this motion is granted, the Debtor would be required to file the Schedules within the first fourteen (14) days after the Petition Date. Fed. R. Bankr. P. 1007(c); N.D. Fla. L.R. 2002-2. In this case, the expiration of this period is November 19, 2015.

6.       By this motion, the Debtor requests entry of an order extending the time to file the Schedules for an additional 16 days, to December 4, 2015.

7.       Bankruptcy Rule 1007(c) provides that "[e]xcept as provided in §1116(3), any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown and on notice to the United States trustee, any committee elected under §705 or appointed under §1102 of the Code, trustee, examiner, or other party as the court may direct..."

8.       No committee, trustee, or examiner has been appointed in this case.

9.       The Debtor is in the process of compiling and organizing information required for the Schedules, but the finalization of these documents will extend past the fourteen day period.

10. The Debtor submits that the period within which to file the Schedules under Bankruptcy Rule 1007(c) will not provide the Debtor with sufficient time to complete the Schedules, and there is "cause" justifying the requested extension.

11. The Debtor believes that an extension, for an additional 14 days, of the deadline to file the Schedules would be appropriate at this time. The Debtor requests that such extension be without prejudice to its right to seek one or more further extensions of this deadline from the Court.

## NOTICE AND PRIOR MOTIONS

12. Notice of this motion has been provided to the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Florida.

13. No previous request for the relief sought in this motion has been made to this Court.

**WHEREFORE**, the Debtor respectfully requests this Court enter an order substantially in the form as submitted in Exhibit A, and grant such other and further relief as may be just and equitable.

Dated: November 18, 2015

                        COZEN O'CONNOR

                        By: /s/ Steven H. Silton
                              Steven H. Silton (782521)
                              ssilton@cozen.com
                              33 South Sixth Street, Suite 4640
                              Minneapolis, MN 55402
                              612-260-9000

                        Attorney for Debtor