## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLINTON PORTIS | ) | Case No. 15-10274 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the above-captioned debtor filed the Debtor's *Motion for Order Granting Debtor an Extension of Time to File Schedules* (the "Motion") with the United States Bankruptcy Court for the Northern District of Florida.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Court, 110 E. Park Avenue, Tallahassee, Florida 32301 on or before **DECEMBER 9, 2015 AT 5:00 PM EASTERN TIME**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: Steven H. Silton, 33 South Sixth Street, Suite 4460, Minneapolis, Minnesota 55402.

Dated: November 18, 2015

      COZEN O'CONNOR

      By: /s/ Steven H. Silton
          Steven H. Silton (782521)
          ssilton@cozen.com
          33 South Sixth Street, Suite 4640
          Minneapolis, MN 55402
          612-260-9000

      Attorney for Debtor